UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Becky J. Whitcomb, Civil File No. 00-CV-2791 ADM/SRN

Plaintiff,

vs. **ORDER**

Minnesota Department of Transportation,
an agency of the State of Minnesota,

Defendant.

Based upon the Stipulation of the parties, Defendant Minnesota Department of Transportation's time period for responding to the Complaint is hereby extended to March 15, 2001.

**IT IS SO ORDERED.**

BY THE COURT:

Dated: February 12, 2001.

Susan Richard Nelson
SUSAN R. NELSON
United States Magistrate Judge
No further extension will be granted

AG: 452224.v. 01

FILED FEB 12 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK