UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| BECKY J. WHITCOMB,<br><br>Plaintiff,<br><br>vs.<br><br>MINNESOTA DEPARTMENT OF TRANSPORTATION, an agency of the State of Minnesota,<br><br>Defendant. | Court File No.: 00-CV-2791 ADM/SRN<br><br>**STIPULATION FOR PARTIAL DISMISSAL AND TO AMEND THE COMPLAINT AND ORDER ON STIPULATION** |

WHEREAS, Plaintiff commenced this action alleging violations by Defendant of Title VII, the Americans with Disabilities Act, and the Minnesota Human Rights Act; and

WHEREAS, subsequent to the commencement of this action, the United States Department of Justice issued Plaintiff its notice of right to sue in connection with Plaintiff's charge of retaliation in violation of Title VII and the Americans with Disabilities Act; and

WHEREAS, Defendant State of Minnesota asserted as a defense that the 11th Amendment to the United States Constitution prevented prosecution in federal court of Plaintiff's claims brought under Minnesota Human Rights Act; and

WHEREAS, subsequent to the commencement of this action, the United States Supreme Court issued its decision in. *Board of Trustees of the University of Alabama v. Garrett*, No. 99-1240, 531 U.S. __, 2001 WL 173556 (U.S. Feb. 21, 2001), holding that the Americans with Disabilities Act could not be applied against State agencies;

NOW THEREFORE, Plaintiff and Defendant agree pursuant to Fed.R.Civ.P. 41(a) and Fed.R.Civ.P. 15(a) that certain claims may be dismissed without prejudice, with each party bearing its own costs and disbursements, and that Plaintiff may amend her complaint as follows:

FILED ... 25 2001
... E. DOSAL, CLERK
...NTD_______
...RK_______

1. Plaintiff's claims for disability discrimination (Count I) may be dismissed without prejudice;

2. Plaintiff's claims for sex discrimination under the Minnesota Human Rights Act (included in Count II) may be dismissed without prejudice;

3. Plaintiff's claims for reprisal under the Minnesota Human Rights Act (Count III) may be dismissed without prejudice;

4. Plaintiff may amend her complaint to allege claims for retaliation in violation of Title VII.

Dated: 4/18/01

JEFFREY M.ELLIS, PLLC

Jeffrey M. Ellis, #228461
331 Ridgewood Avenue
Minneapolis, MN 55403
Telephone: (612) 486-1807
ATTORNEY FOR PLAINTIFF

Dated: 4/23/01

MIKE HATCH
Attorney General, State of Minnesota

Kristyn Aceto Garofalo, #267752
Assistant Attorney General
445 Minnesota Street
Suite 1100
St. Paul, MN 55101-2127
Telephone: (651) 282-5728
ATTORNEYS FOR DEFENDANT

**ORDER**

The above-captioned matter is before the Court upon the stipulation of the parties. Based upon the stipulation of the parties, and upon all of the files, records, and proceedings herein,

IT IS ORDERED:

1. Plaintiff's claim for disability discrimination (Count I) are dismissed without prejudice;
2. Plaintiff's claims for sex discrimination under the Minnesota Human Rights Act (included in Count II) are dismissed without prejudice;
3. Plaintiff's claims for reprisal under the Minnesota Human Rights Act (Count III) are dismissed without prejudice;
4. Plaintiff may amend her complaint to allege claims for retaliation in violation of Title VII.

Dated: April 25, 2001.

BY THE COURT

JUDGE ANN D. MONTGOMERY
United States District Court