UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BECKY J. WHITCOMB,<br>Plaintiff,<br>vs.<br>MINNESOTA DEPARTMENT OF TRANSPORTATION, an agency of the State of Minnesota,<br>Defendant. | Court File No.: 00-CV-2791 ADM/SRN<br>**STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |

## STIPULATION

Pursuant to Fed. R. Civ. P. 16(b), the parties agree that good cause exists to amend the scheduling order and hereby jointly request that the court amend the scheduling order dated June 21, 2001, as provided in the attached proposed order.

Pursuant to Local Rule 16.3, the parties provide the following statement:

1. What discovery remains to be completed.

Plaintiff seeks to depose approximately 10 witnesses. Three to five of the depositions will likely be completed in February 2002. Defendant seeks to depose two additional witnesses, and will likely complete those depositions in February 2002.

2. What discovery has been completed.

The parties have exchanged written discovery and Defendant has deposed four witnesses.

3. Why all discovery has not been completed.

Deponents are not available because of personal reasons or because of scheduling conflicts.

4. How long it will take to complete discovery.

The parties anticipate that they can complete discovery by April 1, 2002.



FEB 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 2/15/02

JEFFREY M. ELLIS, PLLC

Jeffrey M. Ellis, #228461
331 Ridgewood Avenue
Minneapolis, MN 55403
Telephone: (612) 486-1807
ATTORNEY FOR PLAINTIFF

Dated: 2/15/02

MIKE HATCH
Attorney General, State of Minnesota

Kristyn Anderson, #267752
Assistant Attorney General
445 Minnesota Street
Suite 1100
St. Paul, MN 55101-2127
Telephone: (651) 282-5728
ATTORNEYS FOR DEFENDANT

**ORDER**

Based upon the agreement of the parties, and upon all of the files, records, and proceedings herein, IT IS ORDERED,

1. The scheduling order dated June 21, 2001 is amended to provide that discovery shall be completed in full on or before April 1, 2002; that all non-dispositive motions shall be served and filed on or before April 15, 2002; That all dispositive motions shall be served, filed and heard on or before June 15, 2002; and that the case shall be ready for jury trial by September 1, 2002, or upon resolution of any pending dispositive motions.

Dated: February 19, 2002

BY THE COURT

Susan Richard Nelson

Hon. Susan R. Nelson
United States Magistrate Judge

No further extensions will be granted