UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| BECKY J. WHITCOMB,<br><br>Plaintiff,<br><br>vs.<br><br>MINNESOTA DEPARTMENT OF TRANSPORTATION, an agency of the State of Minnesota,<br><br>Defendant. | Court File No.: 00-CV-2791 ADM/SRN<br><br>**STIPULATION FOR DISMISSAL AND ORDER ON STIPULATION** |

WHEREAS, Plaintiff commenced this action alleging violations by Defendant of Title VII, the Americans with Disabilities Act, and the Minnesota Human Rights Act; and

WHEREAS, subsequent to the commencement of this action, Plaintiff voluntarily dismissed her claims under the Americans with Disabilities Act and the Minnesota Human Rights Act.

NOW THEREFORE, Plaintiff and Defendant agree that the above-entitled action may be dismissed with prejudice, with each party bearing its own costs, disbursements and attorney's fees.

Dated: 4/13/02

JEFFREY M.ELLIS, PLLC

Jeffrey M. Ellis, #228461
331 Ridgewood Avenue
Minneapolis, MN 55403
Telephone: (612) 486-1807
ATTORNEY FOR PLAINTIFF



FILED APR 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 4/5/02

MIKE HATCH
Attorney General, State of Minnesota

Kristyn Anderson, #267752
Assistant Attorney General
445 Minnesota Street
Suite 1100
St. Paul, MN 55101-2127
Telephone: (651) 282-5728
ATTORNEYS FOR DEFENDANT

**ORDER**

The above-captioned matter is before the Court upon the stipulation of the parties. Based upon the stipulation of the parties, and upon all of files, records, and proceedings herein,

IT IS ORDERED:

1. The above-entitled action is dismissed with prejudice, with each party to bear its own costs, disbursements, and attorney's fees.

Dated: April 17, 2002

BY THE COURT

ANN D. MONTGOMERY
U.S. DISTRICT JUDGE